## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Salvatore J. Sowell,**

**Plaintiff,**

**v.**

**The Twin Valley Behavioral Healthcare Facility,** *et al.,*

**Defendants.**

**Case No. 2:26-cv-192**
**Judge Michael H. Watson**
**Magistrate Judge Silvain, Jr.**

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on March 9, 2026. ECF No. 4. The Magistrate Judge recommends that the Court deny Salvatore J. Sowell's ("Plaintiff") motion for leave to proceed *in forma pauperis*, ECF No. 1, and order Plaintiff to pay the required filing fee of $405. ECF No. 4.

Plaintiff, an Ohio inmate proceeding *pro se*, brings this action against Defendants Twin Valley Behavioral Healthcare Facility, the Franklin County Ohio Sheriff's Administration, Zach Klein, and Dave Yost for refusing to allow him access to discovery evidence in another case he was litigating. ECF No. 1-2. Plaintiff filed a document captioned "Financial Disclosure / Fee-Waiver Affidavit and Order," which the Magistrate Judge construed as a motion for leave to proceed *in forma pauperis*. ECF No. 1; ECF No. 4, at PAGEID # 11, n.2.

The Magistrate Judge explained that Congress has restricted a prisoner's right to proceed *in forma pauperis* through 28 U.S.C. § 1915(g), which provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

ECF No. 4 at PAGEID # 11–12.

The Magistrate Judge determined that Plaintiff falls within the "three strike" provision contemplated in § 1915(g) due to at least three lawsuits he filed that have been dismissed as frivolous or for failure to state a claim under 28 U.S.C. § 1915(e). *Id.* at PAGEID # 12 (citing *Sowell v. United States of America*, Case No. 2:23-cv-1683; *Sowell v. The Huntington Bank*, Case No. 2:23-cv-4250; *Sowell v. United States of America, et al.*, Case No. 2:25-cv-3). As such, the Magistrate Judge explained that Plaintiff may not proceed *in forma pauperis* unless he falls within the exception set forth in § 1915(g), which applies to prisoners who are "under imminent danger of serious physical injury." *Id.* The Magistrate Judge concluded that Plaintiff's filings do not plausibly allege he meets this statutory exception. *Id.*

Accordingly, the Magistrate Judge recommended that the Court (1) deny Plaintiff's motion for leave to proceed *in forma pauperis*; (2) require Plaintiff to pay the full $405 filing fee within 30 days of the date of the Court's Order adopting the R&R; (3) advise Plaintiff that his failure to timely pay the full $405

filing fee within 30 days will result in the dismissal of this action; and (4) certify under 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the R&R would not be taken in good faith.  *Id.* at PAGEID # 12–13.

Once a magistrate judge issues an R&R, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).  The failure to file written objections to a magistrate judge's R&R waives a *de novo* determination by the district court of any issues addressed in the R&R.  *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the R&R and of the consequences of failing to do so.  ECF No. 4 at PAGEID # 14.  Plaintiff did not object.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's R&R.  The Court **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 1.  Plaintiff is **ORDERED** to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) required to commence this action **WITHIN 30 DAYS** of the date of this Order.  Plaintiff is **ADVISED** that his failure to timely pay the full $405 fee within 30 days will result in the dismissal of this action.

Case No. 2:26-cv-192                                                                 Page 3 of 4

The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that an appeal of this

Order adopting the R&R would not be taken in good faith.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**